IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEXEY KHOLODKOV,

     Appellant,

v.                                 Case No. 5D15-665

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed March 22, 2016

3.800 Appeal from the Circuit Court
for Marion County,
Hale R. Stancil, Judge.

Ronald E. Fox, Umatilla, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Ann M. Phillips, Assistant
Attorney General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED. See Slocum v. State, 95 So. 3d 911, 912 (Fla. 1st DCA 2012).

PALMER, BERGER and WALLIS, JJ., concur.